# EXHIBIT A

**Print in black ink all areas in bold letters.   This summons must be served with a complaint.**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------x

*Charlie G. Currin*
**[your name(s)]**

Plaintiff(s),

- against -

*Glenwood Management Corp*
**[name(s) of party being sued]**

Defendant(s)
-----------------------------------------------------x

*Amended*
**SUMMONS**

**Index Number**

*100511-2022*

**Date Index Number Purchased**

_____, 20___

NEW YORK
COUNTY CLERK'S OFFICE

JUN 1 3 2022

NOT COMPARED
WITH COPY FILE

To the Person(s) Named as Defendant(s) above:

PLEASE TAKE NOTICE THAT YOU ARE SUMMONED to answer the complaint of the plaintiff(s) herein and to serve a copy of your answer on the plaintiff(s) at the address indicated below within 20 days after service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be entered against you by default for the relief demanded in the complaint.

Dated: _6-13_____, 20_22_
**[date of summons]**

FILED

JUN 1 3 2022

NEW YORK COUNTY
COUNTY CLERK

*[signature]*
**[sign your name]**

*Charlie G. Currin*
**[print your name]**

*330 West 39th St. 19 G*
**[your address and telephone number]**

*New York  NY*

*10018*

*Glenwood Management Corp*
**[name and address of defendant(s)]**

*1200 Union Turnpike*

*New Hyde Park NY 11040*

_____
**[name and address of defendant(s)]**

_____

_____

Venue:   Plaintiff(s) designate(s) New York County as the place of trial.   The basis of this designation is:
☑ Plaintiff(s) residence in New York County
☐ Defendant(s) residence in New York County
☐ Other **[See CPLR Article 5]**:
_____

CommenceAction – Rev. March 2021

REME COURT OF THE STATE OF NEW YORK
JUNTY OF NEW YORK

-----------------------------------------------------x

Charlie G. Currin
[your name(s)]                              Plaintiff(s),

**Index Number**

100511/2022

- against-

Glenwood Management Corp
[name(s) of party being sued]          Defendant(s).

COMPLAINT

-----------------------------------------------------x

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The complaint of the plaintiff [your name], Charlie G. Currin

respectfully shows and alleges as follows: [number each paragraph]

1. I am disabled and my entire right side numb so please forgive my penmanship.

2. Charlie Currin, resident of state of NY

3. Glenwood Management Corp place of business New Hyde Park, New York

4. For almost ten years (December, 2012 to present 2022) I have asked and requested over and over and over again to have my apartment kitchen and bathroom retrofitted for accessibity with (1) Grab Rails at the commode and outside and inside bathtub. (2) Replace bathtube with a STEP IN - Walk IN shower. (3) Kitchen Door saddle fixed. One side not slanted correctly and I have tripped many times — Once w/ hospitalization ER. Nine to Ten years of asking to fix this!

SHAMEFUL — Shame on Glenwood —

Requesting this case not
to be moved out of Supreme
Court Please...

Dated: 6-13-22

[sign your name]

Charlie G. Currin

[print your name]

320 West 39th St A-G

[your address]

New York, NY 10018

917-577-7784

[your telephone number]

VERIFICATION

STATE OF NEW YORK
COUNTY OF ___New York___ ss:

Charlie G. Currin , being duly sworn, deposes and says:
I am the plaintiff in the above-entitled action.   I have read the foregoing complaint and know the contents
thereof.   The same are true to my knowledge, except as to matters therein stated to be alleged on information
and belief, and as to those matters, I believe them to be true.

JUN 1 3 2022

[sign your name in front of a Notary]

CHARLES G. CURRIN

[print your name]

Sworn to before me this

13 day of June , 20 22

_____ Notary Public

NIKKITTA IRBY
Notary Public, State of New York
Reg. No. 041R6411711
Qualified in New York County
Commission Expires November 30, 20 24

CommenceAction – Rev. March 2021

**[Litigation back: Fill out right side of form only]**

*******************NOTICE OF ENTRY*******************

Sir/Madam:

Please take notice that the within is a (certified) true copy of a

_____ duly entered in the office of the clerk of

the within named court on the ___ day of _____, 20___

Dated: _____          Yours, etc.

Attorney for: _____

_____ Office and Post

_____ Office Address

_____

To:

Attorney(s) for _____

***************NOTICE OF SETTLEMENT***************

Sir/Madam:

Please take notice that an _____

of which the within is a true copy will be presented for settlement

to the Hon. _____, one of the Justices

of the within court, at _____, on

_____, 20___ at _____ AM/PM.

Dated: _____, 20___          Yours, etc.

Presenting Party _____

_____

_____

To:

Attorney(s) for _____

_____

INDEX NUMBER ___100511 - 2022___

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

_____

In the Matter of the Application of

CHARLIE G. CURRIN ,
                                        Plaintiff/Petitioner(s),

- against -

Glenwood Management Corp ,
                                        Defendant/Respondent(s),

_____

To the best of my knowledge, information and belief, formed
after an inquiry reasonable under the circumstances, the presentation
of these papers and the contentions therein are not frivolous as
defined in subsection (c) of section 130 1.1 of the Rules of the Chief
Administrator (22NYCRR).

Sign Name: _____

Print Name: Charlie G. Currin

Address: 330 West 39th St. 19G

New York NY 10018

Telephone:

917-577-7784

Service of a copy of the within is hereby admitted

Dated: _____, 20___

Attorney for _____