UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
CHARLIE CURRIN,

                            Plaintiff,

           -against-                        21-CV-10763 (ALC)

                                      **ORDER**

GLENWOOD MANAGEMENT CORP.,

                            Defendant.

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

      As discussed in today's Court conference, the parties are ordered to file a Joint Status Report (JSR) by October 11, 2022. The JSR must include an update on the status of settlement negotiations, and if needed, should lay out the parties' positions in the event a settlement has not been reached.

      The Clerk of Court is directed to docket this order in each of the related cases: 1:22-cv-05291-ALC; 1:22-cv-05289-ALC; 1:22-cv-05424-ALC.

      As Plaintiff's Counsel has not yet filed an order of appearance, Defendant is ORDERED to serve a copy of this Order on Plaintiff and file proof of service no later than **September 21, 2022.**

**SO ORDERED.**

Dated:    **New York, New York**
             **September 20, 2022**

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**